Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16−11537−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Maribel Rojas
    131 Mozart Street
    East Rutherford, NJ 07073

Social Security No.:
    xxx−xx−5789

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       9/7/16
Time:        10:00 AM
Location:      Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

---

APPLICANT(S)
Norgaard O'Boyle, Debtor's Attorney

COMMISSION OR FEES
$2,604.90

EXPENSES
$131.65

---

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 17, 2016
JJW:

                                        James J. Waldron
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-11537-SLM
Maribel Rojas                                                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1          Date Rcvd: Aug 17, 2016
                             Form ID: 137            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2016.
db              +Maribel Rojas,    131 Mozart Street,    East Rutherford, NJ 07073-1726
aty             +Norgaard O'Boyle,    184 Grand Avenue,    Englewood, NJ 07631-3578
516000112       +Bank of America,    100 N Tryon St,    Charlotte, NC 28202-4031
516000113        Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
516000114        Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516000115        Comenity Bank/VCTRSSEC,    PO Box 182789,    Columbus, OH 43218-2789
516000116        Deutsche Bank Trust Company,    c/o Kivitz McKeever Lee PC,    216 Haddon Ave Ste 406,
                  Haddon Township, NJ 08108-2812
516000118       #Gabriella Rosario,    131 Mozart St,    East Rutherford, NJ 07073-1726
516000119        Macys/DSNB,    PO Box 8218,    Mason, OH 45040-8218
515968969        PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
516217486       +PNC Mortgage, a Division of PNC Bank, N.A.,    3232 Newmark Drive, Attn: Bankruptcy,
                  Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj_bankr@usdoj.gov Aug 17 2016 23:12:23    U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2016 23:12:21    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516000117        E-mail/Text: mrdiscen@discover.com Aug 17 2016 23:11:32    Discover Bank,    PO Box 15316,
                  Wilmington, DE 19850-5316
                                                                                       TOTAL: 3

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                          Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    Deutsch Bank Trust Company Americas, as Trustee for
           Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series
           2007-QS1 NJECFMAIL@mwc-law.com
          Cassandra C. Norgaard    on behalf of Attorney    Norgaard O'Boyle cnorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Cassandra C. Norgaard    on behalf of Debtor Maribel Rojas cnorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Denise E. Carlon    on behalf of Creditor    Deutsch Bank Trust Company Americas, as Trustee for
           Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series
           2007-QS1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank Trust Company et al...
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
                                                                                       TOTAL: 6