UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

NORGAARD O'BOYLE
CASSANDRA NORGAARD, ESQ. (CN 8365)
cnorgaard@norgaardfirm.com
184 Grand Avenue
Englewood, New Jersey 07631
(201) 871-1333
Attorneys for Debtor

Order Filed on September 7,
2016 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

MARIBEL ROJAS,

Case No.:     16-11537 SLM

Chapter:      13

Judge:        Stacey L. Meisel

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 7, 2016**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard O'Boyle_____, the applicant, is allowed a fee of $ _____2,604.90_____ for services rendered and expenses in the amount of $_____131.65_____ for a total of $_____2,736.65_____. The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.

 ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*