Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16–11537–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Maribel Rojas
    131 Mozart Street
    East Rutherford, NJ 07073

Social Security No.:
    xxx–xx–5789

Employer's Tax I.D. No.:

---

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 2/16/2016 and a confirmation hearing on such Plan has been scheduled for 4/13/2016.

The debtor filed a Modified Plan on 9/14/2016 and a confirmation hearing on the Modified Plan is scheduled for 10/26/2016 at 09:00 AM. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: September 16, 2016
JJW: car

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-11537-SLM
Maribel Rojas                                                       Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1            Date Rcvd: Sep 16, 2016
                             Form ID: 186           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
db             +Maribel Rojas,    131 Mozart Street,    East Rutherford, NJ 07073-1726
aty            +Norgaard O'Boyle,    184 Grand Avenue,    Englewood, NJ 07631-3578
516000112      +Bank of America,    100 N Tryon St,    Charlotte, NC 28202-4031
516000113       Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE  19899-8803
516000114       Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
516000115       Comenity Bank/VCTRSSEC,    PO Box 182789,    Columbus, OH  43218-2789
516000116       Deutsche Bank Trust Company,    c/o Kivitz McKeever Lee PC,    216 Haddon Ave Ste 406,
                 Haddon Township, NJ  08108-2812
516000118      #Gabriella Rosario,    131 Mozart St,    East Rutherford, NJ  07073-1726
516000119       Macys/DSNB,    PO Box 8218,    Mason, OH  45040-8218
515968969       PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
516217486      +PNC Mortgage, a Division of PNC Bank, N.A.,    3232 Newmark Drive, Attn: Bankruptcy,
                 Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.bankr@usdoj.gov Sep 16 2016 22:45:50    U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 16 2016 22:45:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516000117       E-mail/Text: mrdiscen@discover.com Sep 16 2016 22:45:25      Discover Bank,    PO Box 15316,
                 Wilmington, DE  19850-5316
                                                                                        TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016

Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
          Alexandra T. Garcia   on behalf of Creditor   Deutsch Bank Trust Company Americas, as Trustee for
           Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series
           2007-QS1 NJECFMAIL@mwc-law.com
          Cassandra C. Norgaard   on behalf of Attorney   Norgaard O'Boyle cnorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com/crose@norgaardfirm.com;184grandno@gmail.com
          Cassandra C. Norgaard   on behalf of Debtor Maribel  Rojas cnorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com/crose@norgaardfirm.com;184grandno@gmail.com
          Denise E. Carlon   on behalf of Creditor   Deutsch Bank Trust Company Americas, as Trustee for
           Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series
           2007-QS1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   Deutsche Bank Trust Company et al...
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
                                                                                        TOTAL: 6