UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Deutsche Bank Trust Company Americas, as Trustee for
Residential Accredit Loans, Inc., Mortgage Asset-Backed
Pass-Through Certificates, Series 2007-QS1

**Order Filed on October 23,
2016 by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.:  <u>16-11537-SLM</u>

Adv. No.:

Hearing Date:  8/24/2016 @ 10:30 a.m.

Judge:  <u>Stacey L. Meisel</u>

In Re:

     Maribel Rojas,

Debtor.

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

     The relief set forth on the following pages, numbered two (2) through three (3) is hereby
**ORDERED.**

**DATED: October 23, 2016**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Maribel Rojas
Case No:  14-20905-VFP
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY

_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank Trust Company Americas, as Trustee for Residential Accredited Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS1, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 131 Mozart Street, Rutherford, NJ 07073, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Cassandra Norgaard, Esq., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that Debtor is due for February 2016 – September 2016 for a post-petition arrearage of $31,242.08 (8 @ $3,905.26); and

      It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall sell the subject property by October 31, 2016 and pay off the final judgment amount, plus interest, advances, and costs thereon, in full; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor does not waive its right to collect the post-petition and pre-petition arrears in the event the sale has not been completed by October 31, 2016; and

      It is further **ORDERED, ADJUDGED and DECREED** that if the closing for the sale of the subject property has not occurred by November 30, 2016, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $176.00 for filing fees, totaling $526.00, which is to be paid through Debtor's Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-11537-SLM
Maribel Rojas                                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Oct 24, 2016
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2016.
db            +Maribel Rojas,    131 Mozart Street,    East Rutherford, NJ 07073-1726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2016 at the address(es) listed below:
        Alexandra T. Garcia    on behalf of Creditor    Deutsch Bank Trust Company Americas, as Trustee for
        Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series
        2007-QS1 NJECFMAIL@mwc-law.com
        Cassandra C. Norgaard    on behalf of Attorney    Norgaard O'Boyle cnorgaard@norgaardfirm.com,
        sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
        Cassandra C. Norgaard    on behalf of Debtor Maribel  Rojas cnorgaard@norgaardfirm.com,
        sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
        Denise E. Carlon    on behalf of Creditor    Deutsch Bank Trust Company Americas, as Trustee for
        Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series
        2007-QS1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    Deutsche Bank Trust Company et al...
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg    magecf@magtrustee.com

                                                                                          TOTAL: 6