Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  16−11537−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maribel Rojas
   131 Mozart Street
   East Rutherford, NJ 07073

Social Security No.:
   xxx−xx−5789

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/28/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 28, 2016
JJW: axg

        James J. Waldron
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-11537-SLM
Maribel Rojas                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1         Date Rcvd: Oct 28, 2016
                              Form ID: 148             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2016.
db             +Maribel Rojas,    131 Mozart Street,    East Rutherford, NJ 07073-1726
aty            +Norgaard O'Boyle,    184 Grand Avenue,    Englewood, NJ 07631-3578
516000116       Deutsche Bank Trust Company,    c/o Kivitz McKeever Lee PC,    216 Haddon Ave Ste 406,
                 Haddon Township, NJ 08108-2812
516000118      #Gabriella Rosario,    131 Mozart St,    East Rutherford, NJ 07073-1726
515968969       PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
516217486      +PNC Mortgage, a Division of PNC Bank, N.A.,    3232 Newmark Drive, Attn: Bankruptcy,
                 Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 28 2016 23:35:50     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 28 2016 23:35:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516000112      +EDI: BANKAMER2.COM Oct 28 2016 23:18:00      Bank of America,    100 N Tryon St,
                 Charlotte, NC 28202-4031
516000113       EDI: TSYS2.COM Oct 28 2016 23:18:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
516000114       EDI: CHASE.COM Oct 28 2016 23:18:00      Chase Card,    PO Box 15298,
                 Wilmington, DE 19850-5298
516000115       EDI: WFNNB.COM Oct 28 2016 23:18:00      Comenity Bank/VCTRSSEC,    PO Box 182789,
                 Columbus, OH 43218-2789
516000117       EDI: DISCOVER.COM Oct 28 2016 23:18:00      Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850-5316
516000119       EDI: TSYS2.COM Oct 28 2016 23:18:00      Macys/DSNB,    PO Box 8218,    Mason, OH 45040-8218
                                                                                                TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2016 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Deutsch Bank Trust Company Americas, as Trustee for
               Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series
               2007-QS1 NJECFMAIL@mwc-law.com
              Cassandra C. Norgaard    on behalf of Attorney    Norgaard O'Boyle cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Cassandra C. Norgaard    on behalf of Debtor Maribel  Rojas cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Denise E. Carlon    on behalf of Creditor    Deutsch Bank Trust Company Americas, as Trustee for
               Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series
               2007-QS1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank Trust Company et al...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                                TOTAL: 6